IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MELANIE F. DENNEY,<br><br>  Plaintiff,<br><br>vs.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>  Defendant. | 4:16CV3061<br><br>**ORDER** |

Defendant has filed an unopposed motion to extend the deposition deadline and deadline for filing dispositive motions. (Filing No. 15).

IT IS ORDERED:

1) The deposition deadline is September 30, 2016.

2) The deadline for filing motions to dismiss/motions for summary judgment is November 7, 2016.

Dated this 9th day of September, 2016

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge