IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MELANIE F. DENNEY,     )            4:16CV3061
                           )
          Plaintiff,     )
                           )
   vs.                   )
                           )     PLAINTIFF'S MOTION FOR
THE GUARDIAN LIFE INSURANCE  )     SUMMARY JUDGMENT
COMPANY OF AMERICA      )
                           )
       Defendant.    )

Comes now the Plaintiff, Melanie F. Denney, and pursuant to Fed. R. Civ. P. 56 hereby moves the court for summary judgment since the evidence before the court establishes that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law.

Date: November 7, 2016.

                                      **MELANIE F. DENNEY**,
                                      Plaintiff

              BY:   BOWMAN & KRIEGER
                     Attorneys at Law
                     1045 Lincoln Mall, Suite 100
                     Lincoln, NE 68508
                     (402) 476-8005

              BY:   *S/TERRI M. WEEKS*
                     Terri M. Weeks, #18349
                     Donald H. Bowman, # 10391

CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following CM/ECF participants:

Shilee T. Mullin                          Mark A. Thornhill
Spencer Fane LLP                     Spencer Fane LLP
13520 California St., Suite 290   1000 Walnut, Suite 1400
Omaha, NE 68154                     Kansas City, MO 64106

BY:   ***S/ TERRI M. WEEKS***
Terri M. Weeks, #18349