IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MELANIE F. DENNEY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:16CV3061 |
| | ) | |
| v. | ) | |
| | ) | |
| THE GUARDIAN LIFE INSURANCE | ) | ORDER AND JUDGMENT |
| COMPANY OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Guardian's motion for summary judgment (Filing No. 20) is granted.

2) Plaintiff's motion for summary judgment (Filing No. 23) is denied.

3) Plaintiff's complaint is dismissed.

DATED this 27th day of March, 2017.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court